# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CLEVELAND WRIGHT,                                                                    PLAINTIFF
ADC #119139

v.                       4:21CV00327-BRW-JTK

RORY GRIFFEN, et al.                                               DEFENDANTS

## **ORDER**

Plaintiff, a state inmate incarcerated at the Varner Super Max Unit of the Arkansas Division of Correction (ADC), filed a Motion to proceed in forma pauperis in this 42 U.S.C. § 1983 action. (Doc. No. 5) Plaintiff's allegations, however, are the same as those presented in Wright v. Parker, et al., 4:21CV00069-KGB-JJV.

Accordingly, Plaintiff's Motion to Proceed in forma pauperis (Doc. No. 1) is DENIED. Plaintiff's Complaint will be filed as a Motion to Amend in Wright v. Parker, et al., 4:21CV00069-KGB-JJV.

This case be DISMISSED.

An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 1st day of June, 2021.

                                                 *Billy Roy Wilson*
                                                 UNITED STATES DISTRICT JUDGE