# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CLEVELAND WRIGHT,                                                                                                        PLAINTIFF
ADC #119139

v.                                        4:21CV00327-BRW-JTK

RORY GRIFFEN, et al.                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be DISMISSED.

IT IS SO ORDERED this 1st day of June, 2021.


                                                                      Billy Roy Wilson___
                                                                      UNITED STATES DISTRICT JUDGE
                                                                      UNITED STATES DISTRICT JUDGE